LAW OFFICE
**JOHN S. WALLE**[NSTEIN]
1100 FRANKLIN [AVE]
GARDEN CITY, NEW Y[ORK]
(516) 742-5600  FAX (5[...])
EMAIL: JSWallensteinEs[q...]

December 15, [2022]

> Application granted.
>
> The Clerk of Court is respectfully directed to terminate the motion sequence pending at Doc. 41.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>         December 15, 2022

**BY ECF**

Hon. Philip M. Halpern
United States District Judge, SDNY
300 Quarropas Street
White Plains, New York 10601

      **Re:  United States v. Williams, et al**
           **Docket # 22 CR 641 (PMH)**

Dear Judge Halpern;

    I represent Octavious Griffin in this Indictment, scheduled for status conference at 9:30 tomorrow morning. I will be present initially, but I write to advise the Court that I have a plea scheduled before Judge Briccetti at 10:00, which I am advised cannot be moved and must proceed on time.

    If the conference before Your Honor has not concluded by 10:00, I respectfully request that the court permit Daniel Hochheiser, Esq., who represents another defendant in this case, to stand in for me.  My client is aware of the situation and consents to that substitution.

    Thank you for your courtesy and consideration.

                                  Respectfully yours,

                                  JOHN S. WALLENSTEIN

JSW/hs