# LAW OFFICES
# JOHN S. WALLENSTEIN
## 1100 Franklin Avenue, Suite 305
## Garden City, New York 11530
## (516) 742-5600 Fax
## Email: JSWallenstein

December 2

> Application granted.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>         December 29, 2022

**EX PARTE : BY ECF**
Hon. Philip M. Halpern
United States District Court, SDNY
300 Quarropas Street
White Plains, New York 10601

     Re:   United States v. Williams, *et al.*, (Octavious Griffin)
           Docket # 22 CR 641 (PMH)

Dear Judge Halpern,

    I represent Octavious Griffin in this indictment, pursuant to a CJA appointment. I write to respectfully request authorization to obtain the services of an associate attorney to assist with review and organization of the voluminous and complex discovery, and the presentation of evidence at trial. Discovery in this case, as the court knows, includes social media records, phone records, cell site records, and a substantial number of other documents and records.

    I propose that Emilee Sahli, Esq., be appointed for this purpose. Ms. Sahli is admitted to practice in this district. She has years of experience working with Coordinating Discovery Attorney Emma Greenwood providing litigation support and discovery management, and has been appointed to assist me in other cases, including by Your Honor. She has also worked with colleagues in the same capacity, and is presently in the EDNY CJA Mentoring program.

    I request that she initially be authorized 100 hours at $105 per hour (the presumptive CJA rate for associate counsel). A copy of her CV is attached.

    Thank you for your courtesy and consideration.

                                      Respectfully yours,

                                      *John S. Wallenstein*
                                      JOHN S. WALLENSTEIN