LAW OFFICES
**JOHN S. WALLENSTEIN**
1100 FRANKLIN AVENUE
GARDEN CITY, NEW YORK 11530
(516) 742-5600  FAX (516) 742-5040
EMAIL: JSWallensteinEsq@outlook.com

February

| |
|---|
| Application granted. |
| SO ORDERED. |
| _signature_ |
| Philip M. Halpern |
| United States District Judge |
| Dated: White Plains, New York |
| February 13, 2024 |

**BY ECF**

Hon. Philip M. Halpern
United States District Judge, SDNY
300 Quarropas Street
White Plains, New York 10601

    Re:    **United States v. Williams, et al. (Octavious Griffin)**
           **Docket # 22 CR 641(PMH)**

Dear Judge Halpern;

    I represent Octavious Griffin in this matter. As discovery is voluminous, the review thereof has been time consuming, as has communication with my client. I have recently incurred expense for providing a laptop to my client. I therefore respectfully request permission to file interim vouchers, through the present and then periodically thereafter until the case concludes.

    Thank you for your courtesy and consideration.

                                                  Respectfully yours,

                                                  JOHN S. WALLENSTEIN

JSW/hs