LAW OFFICES
# JOHN S. WALLENSTEIN
**1100 FRANKLIN AVENUE**
**GARDEN CITY, NEW YORK 11530**
**(516) 742-5600  FAX (516) 742-5040**
EMAIL: JSWallensteinEsq@outlook.com

April 10, 2024

> This application is referred to the Magistrate Judge for a change of counsel hearing. Counsel shall contact the Magistrate Judge on duty to schedule a conference.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>         April 10, 2024

**BY ECF**

Hon. Philip M. Halpern
United States District Judge, SDNY
300 Quarropas Street
White Plains, New York 10601

    **Re:  United States v. Williams, et al**
          **Docket # 22 CR 641 (PMH)**

Dear Judge Halpern;

    I represent Octavious Griffin in this Indictment. Mr. Griffin has advised me that he wishes to have me replaced as his counsel, and to have new counsel appointed. Without going into detail on this public docket, I will say that I believe that there has been a complete breakdown of the attorney-client relationship, and the Court should grant Mr. Griffin's application.

    I am, of course, available if the court wishes to conduct a hearing or refer the matter to the Magistrate Judge on duty for that purpose.

    Thank you for your courtesy and consideration.

                               Respectfully yours,

                               *John S. Wallenstein*
                               JOHN S. WALLENSTEIN

JSW/hs