UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
UNITED STATES OF AMERICA

v.

OCTAVIOUS GRIFFIN,

Defendant.

----------------------------------------------------------X

**SCHEDULING ORDER**

7:22-cr-641-7 (PMH)

A Change of Plea Hearing is scheduled for March 21, 2025 at 11:00 a.m. in Courtroom

521 at the White Plains Courthouse.

It is the responsibility of the Government to have the Defendant produced to Courtroom

521 of the White Plains Courthouse at that time.

**SO ORDERED:**

Dated: White Plains, New York
       March 19, 2025

_____
Philip M. Halpern
United States District Judge