Application granted. The sentencing scheduled for September 30, 2025 is adjourned to November 25, 2025 at 11:30 a.m. in Courtroom 520. It is the Government's responsibility to have the defendant produced to Courtroom 520 at that time. Defendant's sentencing submission is due by November 4, 2025 and the Government's response is due by November 11, 2025. The Clerk of Court is respectfully directed to terminate the pending letter-motion (Doc. 360).

SO ORDERED.

_____

Philip M. Halpern
United States District Judge

Dated: White Plains, New York
       September 10, 2025



THOMAS A
ATTORNE
Member of NJ

Septem

Hon. Philip M. Halpern, USDJ
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:    USA vs Octavius Griffin, *et al.,* 22 Cr. 641 (PMH)

Dear Judge Halpern:

Octavious Griffin is scheduled to be sentenced by Your Honor on September 30, 2025. His sentencing guidelines, as calculated by U.S. Probation are 319 to 377 months imprisonment. We are respectfully seeking a two-month adjournment of his sentencing because we are still working with his mitigation specialist to finalize his mitigation report.

We have consulted with the Government about this adjournment request and they do not object.

A properly investigated and completed mitigation report is vitally important for us to be able to effectively represent Mr. Griffin at sentencing, therefore, Your Honor's granting of this adjournment request would be greatly appreciated.

Respectfully yours,

*s/Thomas Ambrosio*
*s/Lisa Scolari*
Thomas Ambrosio
Lisa Scolari

cc:    All Counsel via ECF
       Octavious Griffin (via regular mail)

_____

750 Valley Brook Avenue │ Lyndhurst │ New Jersey 07071 │ 201.935.3005 │ 201.935.7667 ∞ fax
tambrosio@legal750.com