LISA S

Attorn

20 VESEY ST

NEW YORK, N

scolarilaw@

(212)

January

Hon. Phillip M. Halpern
U.S. District Court
300 Quarropas Street
White Plains NY 10601
via ECF

> Application granted in part. The sentencing scheduled for January 29, 2026 is adjourned to June 2, 2026 at 2:30 p.m. in Courtroom 520. It is the Government's responsibility to have the defendant produced to Courtroom 520 at that time. Defendant's sentencing submission is due by May 12, 2026 and the Government's response is due by May 19, 2026. No further adjournments of the sentencing date willl be granted. The Clerk of Court is respectfully directed to terminate the pending letter-motion (Doc. 391).
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>             January 7, 2026

Re: United States v. Octavious Griffin
      22 Cr. 641 (PMH)

Your Honor

        Thomas Ambrosio, Esq.,  and I represent Octavious Griffin. We write to request an adjournment of Mr. Griffin's sentence which is currently scheduled for January 29, 2026 to a date in early April, 2026. The defense sentencing submission is due on January 8, 2026  but I have had a death in my family and need additional time. Mr. Ambrosio will be on trial in S.D.N.Y for two to three weeks in February. In light of Mr. Ambrosio's trial and the Court's directive that the sentencing submission be filed three weeks prior to sentence,  we seek a date in early April.

        The government, by Jennifer Ong, Esq., consents to this request. Therefore we respectfully request an adjournment to a date in early April,2026.

                        Respectfully,

                        *Lisa Scolari*

                        Lisa Scolari and Thomas Ambrosio

SO ORDERED:

_____
HON. PHILIP M. HALPERN