UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA

v.

OCTAVIOUS GRIFFIN,

Defendant.
-----------------------------------------------------------X

**SCHEDULING ORDER**

7:22-cr-641-7 (PMH)

     Due to a scheduling conflict, the Sentencing Hearing scheduled for June 2, 2026 is re-scheduled to June 8, 2026 at 2:30 p.m. in Courtroom 520 at the White Plains Courthouse.

     It is the responsibility of the Government to have the Defendant produced to the White Plains Courthouse at that time.

**SO ORDERED:**

Dated: White Plains, New York
       May 11, 2026

_____
Philip M. Halpern
United States District Judge