UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED STATES OF AMERICA

v.

OCTAVIOUS GRIFFIN,

**ORDER**

7:22-cr-641-7 (PMH)

Defendant.
-----------------------------------------------------------------X

The Parties are advised that the Court presided over the trial of USA v. Thomas Rodriguez, Case No. 22-cr-641-13. During the trial the Court heard testimony regarding Octavious Griffin as set forth in the trial transcript pages annexed to this Order. The Court directs Defendant and the Government to file a supplemental sentencing memorandum of no more than five double spaced pages by June 3, 2026 regarding the impact of the referenced testimony on the role enhancement pursuant to U.S.S.G. 3B1.1(b) in Paragraph 105 of the PSR.

**SO ORDERED:**

Dated: White Plains, New York
      May 28, 2026

_____
Philip M. Halpern
United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------x

UNITED STATES OF AMERICA,

                                           22 CR 641(PMH)

     -vs-
                                           JURY TRIAL

THOMAS RODRIGUEZ, a/k/a "Tom Tom,"
a/k/a "Checks,"

                         Defendant.

------------------------------------------x

                              United States Courthouse
                              White Plains, New York

                              Tuesday, May 20, 2025

B e f o r e:    THE HONORABLE PHILIP M. HALPERN,
                United States District Judge


A P P E A R A N C E S:

JAY CLAYTON
     United States Attorney for the
     Southern District of New York
MARGARET VASU
JENNIFER ONG
RYAN ALLISON
THOMAS WRIGHT
     Assistant United States Attorneys

LAW OFFICE OF MARK S. DeMARCO
MARK S. DeMARCO
     Attorneys for Defendant

ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP
DAVID M. STERN
     Attorneys for Defendant

ALSO PRESENT:

Iliriana Kastrati, Paralegal, U.S. Attorney's Office

A.    The multiple reasons.    After the shooting we went back to Liberty and Clinton, yeah, after the shooting, and he confirmed that he did it.

MS. ONG:    Thank you, Ms. Kastrati.    You can take that down.

Q.    We'll talk about that shooting in a little bit, But I want to talk about the Grimz now.

What are the Grimz?

A.    Independent Blood set.

Q.    And what Blood set are the Grimz in?

A.    The Double Nine Generation.

Q.    And when you say Independent Blood Set, what are the Bloods?

A.    The Bloods is like, you know, like east coast gang.

Q.    Approximately when did you join the Grimz?

A.    Like 2017.

Q.    How old were you at the time?

A.    Sixteen.

Q.    How does someone join the Grimz?

A.    You got to take a deal.

Q.    What is a deal?

A.    An act of violence, robbery, shooting.

Q.    Why do you have to take a deal to join the Grimz?

A.    To prove you got heart.    To prove that you can do whatever it takes to be a Grim.

Q.   What was your deal to join the Grimz?

A.   Robberies.

Q.   Who gave you that deal?

A.   Tate.

MS. ONG:  Ms. Kastrati, can you please pull up for the witness only what's been marked for identification as Government Exhibit 8.

Q.   Who is this?

A.   Tate.

MS. ONG:  The government offers Government Exhibit 8.

MR. DeMARCO:  No objection.

THE COURT:  8 is in evidence.

(Government Exhibit 8 received in evidence)

MS. ONG:  Ms. Kastrati, can you please pull up Government Exhibit 8 for everyone.

Q.   Did you know Tate by any other names?

A.   Yes.

Q.   What did you know him by?

A.   Octavious Griffin.

MS. ONG:  Government offers Government Exhibit 8-A and 8-B.

MR. DeMARCO:  No objection.

THE COURT:  I assume 8-A and B are nameplates?

MS. ONG:  That's correct, your Honor.

THE COURT:  8-A and B are in evidence.

(Government Exhibits 8-A and 8-B received in evidence)

Q.   Who did you rob as part of your deal to join the Grimz?

A.   Somebody from the stoop.

Q.   Did you rob anybody else as part of your deal?

A.   Yes.

Q.   Who is that?

A.   PRT.

Q.   So let's start with that first robbery of the person on the stoop, did you do that alone or with others?

A.   With others.

Q.   Who?

A.   Tate.

Q.   And what did you know about the stoop person before you robbed him?

A.   He sells a lot of weed.  He got a lot of money, jewelry.

Q.   Where did this robbery take place?

A.   Gidney and Liberty.

Q.   What city is that in?

A.   Newburgh.

Q.   What, if anything, did Tate have during that robbery?

A.   He had a 9mm.

Q.   What is a 9mm?

A.   It's a type of gun.

Q.   What did you have?

A.   Nothing.

Q.   Did you get anything during that robbery?

A.   Yes.

Q.   What did you get during the robbery?

A.   Jewelry, money, weed.

Q.   To be clear, what did Tate do with that firearm during the robbery?

A.   He put it to the back of his head.

Q.   And when you say the back of his head, whose head are you referring to?

A.   The guy from the stoop.

Q.   Let's talk about the PRT robbery.  Did you do that one alone or with others?

A.   With others.

Q.   Who?

A.   Tate.

Q.   What did you know about PRT before you robbed him?

A.   He sell a lot weed.  He got a lot of money.

Q.   What did Tate have during the robbery?

A.   9mm.

Q.   What did you have during the robbery?

A.   Nothing.

Q.   What, if anything, did you take from PRT during that robbery?

A.   Weed.

Q.   And approximately how much?

A.    Like 6 pounds.

Q.    What did Tate do with his gun during the robbery?

A.    He put it to PRT's stomach, told him not to move.

        MS. ONG:  Thank you, Ms. Kastrati.  We can take that down.

Q.    After you committed these deals, were you part of the Grimz?

A.    Yes.

Q.    Did you receive anything when you became a member of the Grimz?

A.    Yes.

Q.    What did you receive?

A.    Paperwork.

Q.    What is paperwork?

A.    Stuff that holds slangs, G-codes, and everything in it. The oath.

Q.    What does it mean to get your paperwork?

A.    It means you're officially a part of that gang.

Q.    Who did you get your paperwork from?

A.    Nickelz.

        MS. ONG:  Ms. Kastrati, can you please pull up for the witness only, what has been marked for identification as Government Exhibit 9.

Q.    Who is this?

A.    Nickelz.

Q.   Insane.  Ah-huh.

And in addition to taking his gun from him, you stole several thousand dollars, right?

A.   Yes.

Q.   And several pounds of weed?

A.   Yes.

Q.   But that wasn't the end of it, was it?

A.   I don't know.

Q.   Well, didn't you guys pistol whip him, too?

A.   That robbery?

Q.   Yeah.

A.   Yes.

Q.   How about the time you and Octavious Griffin robbed Jonathan Lopez, do you remember that?

A.   No, you got to be more direct.

Q.   Pardon me?

A.   You got to be more direct.

Q.   More direct.

You robbed Jonathan Lopez.

A.   Can I see it?  I don't know who Jonathan Lopez is.

Q.   Well, do you remember taking marijuana, $5,000 and AirPods from someone?

A.   Oh, yes.

Q.   That was Jonathan Lopez, wasn't it?

A.   I don't know his name.

Q.   He was just someone you picked randomly to rob?

A.   Who Tate picked randomly to rob.

Q.   And you joined in.

A.   I had to join in.

Q.   You had to join in why?

A.   Because I was just turning Grim.

Q.   You were Grim?

A.   I was just turning Grim.

Q.   You were just turning Grim?

A.   Yeah, so if he said I had to go, I had to go.

Q.   And would you do whatever they told you to?

A.   Yes.

Q.   Would you do something to women?

A.   No.

Q.   How about children?

A.   No.

Q.   So you wouldn't do whatever you were told.  You did things that were good for you.

A.   Well, they had never tell me to do something like that.

Q.   I want to talk to you Navar Herring.  Do you know who he is?

A.   Yes.

Q.   Is he a tough guy?

A.   Yes.

Q.   Well, he's not that tough, because you robbed him three